(June 30, 1938.)

In the Matter of the Application of Max Brown.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of John Marx.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## Second Department, June, 1938.
### (June 3, 1938.)

Hazel Henschel, Respondent, v. Frederick B. Henschel, Appellant.— Motion to dismiss appeal denied. Prosecution of appeal is stayed until defendant pays all arrears of alimony required to be paid by the judgment and the various orders requiring the payment of alimony and counsel fee. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of William W. Kleinman, Petitioner, for an Order of Restraint against The Supreme Court of the State of New York, Honorable Erskine C. Rogers, Individually and as a Justice of the Supreme Court, and Others, etc., Respondents.— The petitioner, William W. Kleinman, applies for an order (Civ. Prac. Act, art. 78) which shall restrain the respondents from making and entering any order and from any further proceedings upon the motion of the respondents, Attorney-General of the State of New York and Hiram C. Todd, Special Assistant Attorney-General, for an order directing a joint trial of defendants William W. Kleinman, Giuseppe F. L. Dardis and Henry G. Singer under indictment No. 14, and for other appropriate and related relief. Application for such order of restraint granted. (*People ex rel. Singer* v. *Rogers, post*, p. 865, decided herewith.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.